IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, NA | § | |
| | § | |
| VS. | § | ACTION NO. 4:12-CV-819-Y |
| | § | |
| ROBERTO RODRIGUEZ, ET AL. | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S DECISION AND SETTING DEADLINE

In an order filed on November 20, 2012, the magistrate judge issued his findings, conclusion, and recommendation that defendant Roberto Rodriguez's Motion for Leave to Proceed In Forma Pauperis (doc. 3) be denied.  The magistrate judge gave all parties until December 11 to file written objections to his decision.  As of the date of this order, no objections have been timely filed.

It is, therefore, ORDERED that the Motion for Leave to Proceed In Forma Pauperis (doc. 3) is DENIED for the reasons stated by the magistrate judge.  Defendant Rodriguez shall have until **January 3, 2013**, to pay the full filing fee to the clerk of the Court or this matter will be remanded to the county court from which it was removed.

SIGNED December 13, 2012.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE